**Sherry Denise MARTIN, Petitioner,**

v.

**The PEOPLE of the State of Colorado, Respondent.**

**No. 90SC747.**

Supreme Court of Colorado,
En Banc.

March 11, 1991.

David F. Vela, Colorado State Public Defender, Jaydee K. Bachman, Deputy State Public Defender, Greeley, for petitioner.

Gale A. Norton, Atty. Gen., Timothy M. Tymkovich, Sol. Gen., Robert M. Russel, First Asst. Atty. Gen., Denver, for respondent.

## ORDER OF COURT AND MANDATE

Upon consideration of the Record on Appeal, together with briefs filed herein,

---

IT IS THIS DAY ORDERED that the judgment of the Court of Appeals is vacated and this case is remanded to said court for reconsideration in light of *People v. Wright*, 804 P.2d 866 (Colo.1991).

NOW THEREFORE, this cause is remanded to the Court of Appeals for further proceedings in conformance with the judgment of this Court.